IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE3 | CASE NUMBER: 1:11-cv-314 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Castillo |
| ARIANNA SALGADO, ELIODORO SALGADO, JAVIER SALGADO, MERS AS A NOMINEE FOR - FREMONT INVESTMENT & LOAN, | MAGISTRATE JUDGE: Cox |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Dated: April 7, 2011

                                                     Respectfully submitted,

                                                     By:     /s/ James N. Pappas

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
222 South Riverside Plaza, Ste. 2943
Chicago, Illinois 60606
(219) 769-1313